CLETA PERGAMENT ET AL. *v.* BAERBEL GREEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 32 Conn. App. 644 (AC 11519), is denied.

*Stephen A. Finn,* in support of the petition.

*Jonathan M. Levine,* in opposition.

Decided October 28, 1993

STATE OF CONNECTICUT *v.* GLEN JACKSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 32 Conn. App. 724 (AC 11417), is denied.

*David J. Sheldon,* assistant state's attorney, in support of the petition.

*G. Douglas Nash* and *David F. Egan,* public defenders, in opposition.

Decided October 28, 1993

S.M.S. TEXTILE MILLS, INC. *v.* BROWN, JACOBSON, TILLINGHAST, LAHAN AND KING, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 786 (AC 11655), is denied.

*Peter A. Kelly,* in support of the petition.

*Albert Zakarian, Margaret J. Strange, James L. Fischer* and *Karen P. Blado,* in opposition.

Decided October 28, 1993